UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>JERRY RAY COOPER</u>,

      Plaintiff,

v.                                                        3:10-cv-399

<u>KENT HATCHER</u>
<u>and PETE BUCK</u>,

      Defendants.

## **<u>JUDGMENT ORDER</u>**

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                                    s/ Thomas W. Phillips
                                                                 United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
     CLERK OF COURT